UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TYRONE AULL,

                        Plaintiff,                    Case No. 1:23-CV-10295-DLC

                                                          **MOTION TO STRIKE**

    -against-

DENIS RICHARD MCDONOUGH, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

                        Defendants.
-------------------------------------------------------------------X

       Plaintiff TYRONE AULL, by and through his attorneys, the BELL LAW GROUP PLLC, respectfully requests that this Court strike Docket No. 14, Notice of Voluntary Dismissal, as improperly filed.

       Plaintiff brings this motion as a result of internal miscommunication resulting in a draft notice of dismissal being improperly filed. Plaintiff notes that this Court has ordered a response regarding proper service and had been working on this response when the mistake occurred. As the draft is not an accurate reflection of Plaintiff's intent in the progress of this matter, Plaintiff requests Docket No. 14 be stricken from the record, and he be permitted to provide a corrected response to the Court's Order at Docket No. 13.

       For your convenience, a proposed order has been included.

                                                    /s/

*Granted.*
*[signature]*
*1/11/24*

                                                Andrea Batres, Esq.
                                               Bell Law Group PLLC
                                               *Attorneys for Plaintiff*
                                               116 Jackson Avenue
                                               Syosset, NY 11797
                                               (516) 280-3008 phone/ (516) 706-4692