

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

August 5, 2024

**VIA ECF**

MEMORANDUM ENDORSED

Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    RE:    Aull v. McDonough, et al.
             Civil Docket No.: 23-cv-10295-GWG

Dear Judge Gorenstein:

    We represent Plaintiff, Tyrone Aull, in the above-referenced action. In accordance with Your Honor's Individual Practices in Civil Cases, please accept this letter-motion as a request to adjourn the initial case management conference currently scheduled for August 8, 2024, until August 19, 2024, August 28, 2024, September 3, 2024, or as soon thereafter as the Court finds necessary.

    The reason for this request is due to an alternative conference scheduled for a separate unrelated matter at the same time. This is Plaintiff's, Tyrone Aull, first request to adjourn the status conference. Defendants consent to the relief requested herein. This requested adjournment does not affect any other scheduled dates, as there are no scheduled dates on the docket.

    We thank Your Honor for your consideration of this request.

                                   Respectfully submitted,
                                   /s/
                                Andrea Batres, Esq.

cc: Via CM/ECF Only

---

5 Penn Plaza, 23rd Floor
New York, NY 10001

100 Quentin Roosevelt Blvd. Ste. 208
Garden City, NY 11530

1629 K Street, NW, Suite 300
Washington, DC 20006

10750 NW 6th Court
Miami, FL 33168

Conference adjourned to August 19, 2024, at 11:00 a.m. The same telephone dial-in instructions apply. The proposed scheduling order is due August 15, 2024. In the future Ms. Batres should comply with paragraph 1.F of the Court's Individual Practices before seeking any adjournment.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 6, 2024